# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Antonio Stowe McDaniel,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09cv366/3:05cr14

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/15/11 Order.

Signed: March 15, 2011

Frank G. Johns, Clerk
United States District Court